UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STAFANO ADEESA DAVIS,
a/k/a "Tank,"
Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**Possession with Intent to Distribute Controlled Substances**

On or about February 10, 2026, in Calhoun County, in the Southern Division of the Western District of Michigan, the Defendant,

**STAFANO ADEESA DAVIS, a/k/a "Tank,"**

knowingly and intentionally possessed with intent to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; and cocaine base ("crack"), a Schedule II controlled substance.

Prior Serious Violent Felony

Before the Defendant, STAFANO ADEESA DAVIS, a/k/a "Tank," committed the offense charged in this Indictment, the Defendant was convicted of voluntary manslaughter, in violation of M.C.L. § 750.321, in or about June 2010 in Calhoun

County, Michigan, a serious violent felony for which he served more than 12 months in prison.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 802(59)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney